**RECEIVED**

MAY - 9 2011

TONY R. MOORE, CLERK
BY_____
    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **SERGE M. DORVAL** | **CIVIL ACTION NO. 3:11-cv-0266** |
| A # 079-098-334 | |
| **VS.** | **SECTION P** |
| | **JUDGE DONALD E. WALTER** |
| **ERIC H. HOLDER,** | |
| **ATTORNEY GENERAL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** the Respondent's Motion to Dismiss [Doc. #19] be **GRANTED** and that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** as **MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of _____, 2011.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**